**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick C. Lackey<br>　　　　　　　Debtor(s)<br><br>Metropolitan Life Company c/o Community Loan Servicing, LLC<br>　　　　　　　Movant<br>　　vs.<br><br>Patrick C. Lackey<br>　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-17346 AMC<br><br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Payment Deferral, it is ORDERED AND DECREED that:

The Motion is granted and the Payment Deferral Agreement executed on December 15, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 30, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list

Patrick C. Lackey
2428 Cedar Lane
Drexel Hill, PA 19026

Erik B. Jensen Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532