United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-17346-amc
Patrick C. Lackey Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 06, 2023      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick C. Lackey, 2428 Cedar Lane, Drexel Hill, PA 19026-1503 |
| 14429771 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 14645942 | + | Metropolitan Life Company c/o Community Loan Servi, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14429775 | + | Portnoff Law, 2700 Horizon Drive, Suite 19406-2726 |
| 14429776 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14688604 | + | Upper Darby Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14688504 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14688503 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 07 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14429769 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2023 00:35:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14435688 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2023 00:35:00 | Bayview Financial Loan, c/o Janet M. Spears, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |
| 14429770 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jul 07 2023 00:36:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14429772 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 07 2023 00:35:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14429773 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2023 00:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14703389 | + | Email/Text: RASEBN@raslg.com | Jul 07 2023 00:35:00 | Metropolitan Life, c/o CHARLES WOHLRAB, Robertson Anschutz Schneid Crane Partner, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14729097 | | Email/Text: amps@manleydeas.com | Jul 07 2023 00:35:00 | Metropolitan Life, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14729120 | | Email/Text: amps@manleydeas.com | Jul 07 2023 00:35:00 | Metropolitan Life, c/o ALYK L. OFLAZIAN, ESQ., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14645779 | ^ | MEBN | Jul 07 2023 00:31:52 | Metropolitan Life Company c/o Community Loan Servi, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14552358 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 00:35:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14458367 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 07 2023 00:35:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14429774 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2023 00:36:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14731450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 00:35:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14702957 | + | Email/Text: RASEBN@raslg.com | Jul 07 2023 00:35:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14461236 | + | Email/Text: bncmail@w-legal.com | Jul 07 2023 00:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14429777 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 07 2023 00:36:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life ALOflazian@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

on behalf of Creditor Metropolitan Life cwohlrab@friedmanvartolo.com

DENISE ELIZABETH CARLON
on behalf of Creditor Metropolitan Life bkgroup@kmllawgroup.com

ERIK B. JENSEN
on behalf of Debtor Patrick C. Lackey erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JAMES RANDOLPH WOOD
on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

Case 19-17346-amc    Doc 67    Filed 07/08/23    Entered 07/09/23 00:33:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Patrick C. Lackey
      Debtor(s)

Case No: 19−17346−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/6/23